# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DEANNA KEENE,

               Petitioner

        v.

PAUL B. KIRSCH, M.D. AND
FOSTERBROOK MEDICAL
ASSOCIATES, P.C.,

               Respondents

:  No. 215 WAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.